# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## HEALTH SERVICES AGENCY
# STANISLAUS COUNTY
### PUBLIC HEALTH DIVISION

**STATE FILE NUMBER:** 3052020302483
**LOCAL REGISTRATION NUMBER:** 3202050005987

## CERTIFICATE OF DEATH
### STATE OF CALIFORNIA

### DECEDENT'S PERSONAL DATA

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | DEAN |
| 2. MIDDLE | JEFFREY |
| 3. LAST (Family) | BOYSTER |
| 4. DATE OF BIRTH | [redacted] 1977 |
| 5. AGE Yrs. | 43 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | [redacted]5008 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 12/22/2020 |
| 8. HOUR | 1956 |
| 13. EDUCATION | 12 ND |
| 14/15. HISPANIC | NO |
| 16. RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | DRIVER |
| 18. KIND OF BUSINESS | TOW TRUCK |
| 19. YEARS IN OCCUPATION | 27 |

### USUAL RESIDENCE

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 5842 LIPIZZAN COURT |
| 21. CITY | RIVERBANK |
| 22. COUNTY/PROVINCE | STANISLAUS |
| 23. ZIP CODE | 95367 |
| 24. YEARS IN COUNTY | 43 |
| 25. STATE/FOREIGN COUNTRY | CA |

### INFORMANT

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | JESSICA RAMSEY, FIANCE |
| 27. INFORMANT'S MAILING ADDRESS | 5834 LIPIZZAN COURT, RIVERBANK, CA 95367 |

### SPOUSE/SRDP AND PARENT INFORMATION

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST | — |
| 29. MIDDLE | — |
| 30. LAST (BIRTH NAME) | — |
| 31. NAME OF FATHER/PARENT – FIRST | ARLEY |
| 32. MIDDLE | DEAN |
| 33. LAST | BOYSTER |
| 34. BIRTH STATE | AR |
| 35. NAME OF MOTHER/PARENT – FIRST | CAROLYN |
| 36. MIDDLE | LEE |
| 37. LAST (BIRTH NAME) | VAN HOOSE |
| 38. BIRTH STATE | CA |

### FUNERAL DIRECTOR / LOCAL REGISTRAR

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 12/31/2020 |
| 40. PLACE OF FINAL DISPOSITION | RES: JESSICA RAMSEY, 5842 LIPIZZAN COURT, RIVERBANK, CA 95367 |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | — |
| 44. NAME OF FUNERAL ESTABLISHMENT | SALAS BROTHERS FUNERAL CHAPEL |
| 45. LICENSE NUMBER | FD782 |
| 46. SIGNATURE OF LOCAL REGISTRAR | JULIE VAISHAMPAYAN, MD |
| 47. DATE | 12/31/2020 |

### PLACE OF DEATH

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | MEMORIAL MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | IP |
| 104. COUNTY | STANISLAUS |
| 105. FACILITY ADDRESS | 1700 COFFEE ROAD |
| 106. CITY | MODESTO |

### CAUSE OF DEATH

| Line | Cause | Time Interval |
|---|---|---|
| (A) IMMEDIATE CAUSE | CARDIAC PULMONARY ARREST | 24 HRS |
| (B) | SEPTIC SHOCK, UNKNOWN ETIOLOGY | 24 HRS |
| (C) | RENAL FAILURE | 24 HRS |
| (D) | | |

108. DEATH REPORTED TO CORONER? YES — C20003763
109. BIOPSY PERFORMED? NO
110. AUTOPSY PERFORMED? NO
111. USED IN DETERMINING CAUSE? —

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE
113. WAS OPERATION PERFORMED: NO

### PHYSICIAN'S CERTIFICATION

| Field | Value |
|---|---|
| 114. DECEDENT ATTENDED SINCE | 12/15/2020 |
| DECEDENT LAST SEEN ALIVE | 12/22/2020 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | PRACHI VISHWASRAO M.D. |
| 116. LICENSE NUMBER | A137379 |
| 117. DATE | 12/31/2020 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS | PRACHI VISHWASRAO M.D., 600 COFFEE ROAD, MODESTO, CA 95355 |

### CORONER'S USE ONLY

119. MANNER OF DEATH: Pending Investigation / Could not be determined
120. INJURED AT WORK? UNK
121. INJURY DATE: —
122. HOUR: —
123. PLACE OF INJURY: —
124. DESCRIBE HOW INJURY OCCURRED: —
125. LOCATION OF INJURY: —
126. SIGNATURE OF CORONER / DEPUTY CORONER: —
127. DATE: —
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: —

STATE REGISTRAR: A B C D E
*010001004779685*
CENSUS TRACT: —

CASTANIS01

This is to certify that this document is a true copy of the official record filed with the Stanislaus County Health Services Agency.



JULIE VAISHAMPAYAN, MD, MPH
LOCAL REGISTRAR OF VITAL STATISTICS

**DATE ISSUED:** 01/13/2021



000835455



Stanislaus County

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**